IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page    1

| | |
|---|---|
| TOSSA CHERE SMITH | Date        05/21/2013 |
| | |
| 5111 DEWEY ST | Case Number    13-70013-HDH-13 |
| | |
| WICHITA FALLS TX 76306 | 90 Day Bar Date    05/20/2013 |
| | Govt Bar Date    07/15/2013 |

Debtor Attorney
MONTE J WHITE
ATTORNEY AT LAW
1106 BROOK AVE HAMILTON PLACE
WICHITA FALLS,TX 76301-0000

## TRUSTEE'S NOTICE OF CLAIMS FILED AND NOT FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below.  The above referenced
case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c).  "NOT FILED"
is shown in claim classification column if the creditor has not filed a claim.  Pursuant to Rule 3004
the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that BankruptcyCode Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional
 time for a governmental unit to file a proof of claim.

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 001-0 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | 0.00 | 3,686.00 | Legal |
| 001-1 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | | 314.00 | Legal |
| 003-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA,PA 19101-7317 | 04/05/2013 | 7177 | 6,083.41 | 6,008.37 | Priority |
| 004-0 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 | | | 0.00 | 0.00 | Notice Only |
| 005-0 | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br><br>WASHINGTON,DC 20530-0000 | | | 0.00 | 0.00 | Notice Only |
| 006-0 | OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424- | | | 0.00 | 152.00 | Admin |
| 007-0 | UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br><br>FT WORTH,TX 76102-6882 | | | 0.00 | 0.00 | Notice Only |
| 008-0 | A&A PORTABLE SIGNS<br>603 ROYAL RD<br><br>WICHITA FALLS,TX 76308- | | 0 83 | 360.00 | 0.00 | Unsecured<br>Not Filed |
| 009-0 | ACE CASH EXPRESS<br>3100 MIDWESTERN PARKWAY STE 200<br><br>WICHITA FALLS,TX 76308- | | 6231 | 1,000.00 | 0.00 | Unsecured<br>Not Filed |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page   2

In RE:    TOSSA CHERE SMITH                              Case Number    13-70013-HDH-13      5/21/2013

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 010-0 | ADVANCE AMERICA<br>1706 9TH ST<br><br>WICHITA FALLS,TX 76301- | | 6231 | 600.00 | 0.00 | Unsecured<br>Not Filed |
| 011-0 | AMERICAN EXPRESS<br>PO BOX 53601<br><br>PHOENIX,AZ 85072- | | 7185 | 0.00 | 0.00 | Notice Only |
| 012-0 | BENNETT LAW<br>10542 SOUTH JORDAN GATEWAY STE 200<br><br>SOUTH JORDAN,UT 84095- | | 3181 | 0.00 | 0.00 | Notice Only |
| 013-0 | CASH AGAIN BUYBACK<br>4214 KEMP BLVD<br><br>WICHITA FALLS,TX 76308- | | 6447 | 522.22 | 0.00 | Unsecured<br>Not Filed |
| 014-0 | CASH AMERICA<br>4410 KEMP BLVD<br><br>WICHITA FALLS,TX 76308- | | 6231 | 500.00 | 0.00 | Unsecured<br>Not Filed |
| 015-0 | CASHMAX TITLE & LOAN<br>3117 KEMP BLVD<br><br>WICHITA FALLS,TX 76308- | | | 700.00 | 0.00 | Unsecured<br>Not Filed |
| 016-0 | CERTEGY PAYMENT REC SERVICES<br>PO BOX 038997<br><br>TUSCALOOSA,AL 35403-8997 | | 7519 | 589.58 | 0.00 | Unsecured<br>Not Filed |
| 017-0 | AMERICAN INFOSOURCE LP<br>CHECK N GO<br>PO BOX 248838<br>OKLAHOMA CITY,OK 73124-8838 | 05/14/2013 | 4310 | 521.87 | 578.21 | Unsecured |
| 018-0 | CORPRA CARE INC<br>EXCLUSIVE MEDICAL COLLECTORS<br>PO BOX 941269<br>HOUSTON,TX 77094-8269 | | 3168 | 640.50 | 0.00 | Unsecured<br>Not Filed |
| 019-0 | CREDIT MANAGEMENT INC<br>4200 INTERNATIONAL PARKWAY<br><br>CARROLLTON,TX 75007-1912 | | 5083 | 0.00 | 0.00 | Unsecured<br>Not Filed |
| 020-0 | DIRECT ENERGY<br>PO BOX 660896<br><br>DALLAS,TX 75266- | | 9139 | 498.00 | 0.00 | Unsecured<br>Not Filed |
| 021-0 | DIRECT ENERGY<br>PO BOX 180<br><br>TULSA,OK 74101- | 01/29/2013 | xxxxxxxxxx6672 | 554.91 | 507.45 | Unsecured |
| 022-0 | ER SOLUTIONS INC<br>PO BOX 1022<br><br>WIXOM,MI 48393- | | 4540 | 81.62 | 0.00 | Unsecured<br>Not Filed |
| 023-0 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br><br>ST LOUIS,MO 63195-3185 | 05/07/2013 | xxxxxxxxxxxxxxxxx1563 | 447.65 | 496.59 | Unsecured |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page   3

| In RE: | TOSSA CHERE SMITH | | | | Case Number | 13-70013-HDH-13 | 5/21/2013 |

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 024-0 | ENCORE PAYMENT SYSTEMS<br>3801 ARAPAHO RD<br><br>ADDISON,TX 75001- | | 9147 | 0.00 | 0.00 | Unsecured<br>Not Filed |
| 025-0 | FIRST BANK<br>300 E 3RD ST<br><br>BURKBURNETT,TX 76354- | 02/22/2013 | 2091 | 12,888.42 | 13,282.53 | Secured |
| 025-1 | FIRST BANK<br>300 E 3RD ST<br><br>BURKBURNETT,TX 76354- | 02/22/2013 | 2091 | | 0.00 | Notice Only |
| 026-0 | FIRST CONVENIENCE BANK<br>PO BOX 937<br><br>KILLEEN,TX 76540-0937 | 01/18/2013 | 4040 | 140.00 | 361.85 | Unsecured |
| 027-0 | GREENBERG, GRANT & RICHARDS IN<br>PO BOX 571811<br><br>HOUSTON,TX 77257-1811 | | 8830 | 94.80 | 0.00 | Unsecured<br>Not Filed |
| 028-0 | JP MORGAN CHASE BANK<br>PO BOX 659754<br><br>SAN ANTONIO,TX 78265- | | 5340 | 1,800.00 | 0.00 | Unsecured<br>Not Filed |
| 029-0 | LONE STAR<br>1601 HEADWAY CIRCLE<br><br>AUSTIN,TX 78754-5109 | | 1150 | 20.49 | 0.00 | Unsecured<br>Not Filed |
| 030-0 | MARCOA PUBLISHING INC<br>PO BOX 509100<br><br>SAN DIEGO,CA 92150-9100 | | 3298 | 325.00 | 0.00 | Unsecured<br>Not Filed |
| 031-0 | NCP FINANCE LIMITED PARTNERSHI<br>100 EAST THIRD STREET<br>5TH FLOOR<br>DAYTON,OH 45402- | | 6447 | 0.00 | 0.00 | Notice Only |
| 032-0 | ONECLICKCASH<br>52946 HWY 12 STE 3<br><br>NIOBRARA,NE 68760- | | 6231 | 200.00 | 0.00 | Unsecured<br>Not Filed |
| 033-0 | PATHOLOGY ASSOCIATES<br>1209 BROOK AVE<br><br>WICHITA FALLS,TX 76301- | | 6231 | 0.00 | 0.00 | Unsecured<br>Not Filed |
| 034-0 | QUILL<br>PO BOX 37600<br><br>PHILADELPHIA,PA 19101-0600 | | 9700 | 53.53 | 0.00 | Unsecured<br>Not Filed |
| 035-0 | RJM ACQUISITIONS FUNDING LLC<br>575 UNDERHILL BLVD SUITE 224<br><br>SYOSSET,NY 11791- | 01/22/2013 | 5313 | 87.35 | 87.35 | Unsecured |
| 036-0 | TGSLC<br>PO BOX 659602<br><br>SAN ANTONIO,TX 78265- | 02/15/2013 | 6231 | 8,613.25 | 8,879.14 | Unsecured |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page    4

In RE:    TOSSA CHERE SMITH                                                    Case Number    13-70013-HDH-13        5/21/2013

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 037-0 | SUN LOAN<br>3146 5TH ST STE H<br><br>WICHITA FALLS,TX 76301-1827 | | 6231 | 500.00 | 0.00 | Unsecured<br>Not Filed |
| 038-0 | TEXAS CAR TITLE & PAYDAY LOAN<br>3608 KELL BLVD<br><br>WICHITA FALLS,TX 76309-5156 | | 6231 | 500.00 | 0.00 | Unsecured<br>Not Filed |
| 039-0 | TEXAS WORKFORCE COMMISSION<br>REGULATORY ENFORCEMENT DIV, SPECIAL ACT<br>101 E 15TH STREET, RM 556<br>AUSTIN,TX 78778-0001 | 05/14/2013 | 947<br><br>POC FILED HIGHER THAN SCHEDULED, CHECK PAY AMOUNT | 298.00 | 559.75 | Priority |
| 040-0 | TITANIUM EMERGENCY GROUP LLP<br>PO BOX 3407<br>EMERGENCY ROOM PHYSICIANS<br>WICHITA FALLS,TX 76301-0407 | | A000 | 0.00 | 0.00 | Notice Only |
| 041-0 | UNITED REGIONAL HEALTH CARE SY<br>1600 11TH STREET<br><br>WICHITA FALLS,TX 76301-4388 | | 7080 | 0.00 | 0.00 | Notice Only |
| 042-0 | UNITED REVENUE CORP<br>204 BILLINGS ST STE 120<br><br>ARLINGTON,TX 76010- | | O000 | 1,043.00 | 0.00 | Unsecured<br>Not Filed |
| 043-0 | UNITED TRANZ ACTIONS<br>2811 CORPORATE WAY<br><br>MIRAMAR,FL 33025- | | 0903 | 1,019.83 | 0.00 | Unsecured<br>Not Filed |
| 044-0 | WESTERN SHAMROCK CORP<br>801 S ABE<br><br>SAN ANGELO,TX 76903-0000 | | 3789 | 1,300.83 | 0.00 | Unsecured<br>Not Filed |
| 045-0 | NCP FINANCE LIMITED PARTNERSHI<br>100 EAST THIRD STREET<br>5TH FLOOR<br>DAYTON,OH 45402- | | 5631 | 0.00 | 0.00 | Notice Only |
| 046-0 | RADIOLOGY ASSOCIATES<br>808 BROOK AVENUE<br><br>WICHITA FALLS,TX 76301- | | 6231 | 0.00 | 0.00 | Unsecured<br>Not Filed |
| 047-0 | RELIANT ENERGY<br>PO BOX 4932<br><br>HOUSTON,TX 77210- | | | 900.00 | 0.00 | Unsecured<br>Not Filed |
| 048-0 | ENCORE PAYMENT SYSTEMS<br>3801 ARAPAHO RD<br><br>ADDISON,TX 75001- | | | 0.00 | 0.00 | Executory<br>Not Filed |
| 049-0 | ATLAS  ACQUISITIONS LLC<br>ASSIGNEE OF ACE CASH<br>294 UNION ST<br>HACKENSACK,NJ 07601- | 01/21/2013 | xxxxxxxxxxxxxxxxxx1754<br><br>NOT PROVIDED FOR IN PLAN | 0.00 | 930.73 | Unsecured |
| 050-0 | CASCADE CAPITAL LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI,FL 33131-1605 | | | 0.00 | 0.00 | Notice Only |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 5

| In RE: | TOSSA CHERE SMITH | | | | Case Number | 13-70013-HDH-13 | 5/21/2013 |

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 051-0 | DIRECT ENERGY<br>PO BOX 660300<br><br>DALLAS,TX 75266- | | | 0.00 | 0.00 | Notice Only |
| 052-0 | QUANTUM3 GROUP LLC<br>GALAXY PORTFOLIOS LLC<br>PO BOX 788<br>KIRKLAND,WA 98083-0788 | 02/05/2013 | xxxxxx7332<br><br>NOT PROVIDED FOR IN PLAN | 0.00 | 251.32 | Unsecured |
| 053-0 | SALLIE MAE<br>PO BOX 9500<br><br>WILKES-BARRE,PA 18773-0000 | | | 0.00 | 0.00 | Notice Only |
| 054-0 | TGSLC<br>PO BOX 83100<br><br>ROUND ROCK,TX 78683- | | 6231 | 0.00 | 0.00 | Notice Only |
| 055-0 | FIRST BANK<br>PO BOX 458<br><br>BURKBURNETT,TX 76354-0458 | | | 0.00 | 0.00 | Notice Only |
| 056-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA,PA 19101-7317 | 04/05/2013 | xxxxX717<br><br>NOT PROVIDED FOR IN PLAN | 0.00 | 1,300.00 | Unsecured |
| 057-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA,PA 19101-7317 | 04/05/2013 | xxxxX717<br><br>NOT PROVIDED FOR IN PLAN | 0.00 | 553.02 | Unsecured |
| 058-0 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br><br>WARREN,MI 48090-2036 | 04/23/2013 | 4120<br><br>NOT PROVIDED FOR IN PLAN | 0.00 | 1,312.23 | Unsecured |
| 059-0 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br><br>SAINT CLOUD,MN 56302-9617 | | 5631 | 0.00 | 0.00 | Notice Only |
| 060-0 | EZ MONEY LOAN SERVICES<br>2603 5TH ST STE B<br><br>WICHITA FALLS,TX 76301- | | | 0.00 | 0.00 | Notice Only |
| 061-0 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br><br>ST LOUIS,MO 63195-3185 | 05/07/2013 | xxxxxxxxxxxxxxxxxx1853<br><br>NOT PROVIDED FOR IN PLAN | 0.00 | 362.52 | Unsecured |
| 062-0 | LVNV FUNDING<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE,SC 29603-0587 | 05/13/2013 | 5867<br><br>NOT PROVIDED FOR IN PLAN | 0.00 | 171.24 | Unsecured |
| 063-0 | PYOD LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE,SC 29602- | 05/13/2013 | 8728<br><br>NOT PROVIDED FOR IN PLAN | 0.00 | 3,867.52 | Unsecured |
| 064-0 | CHECK N GO OF TEXAS<br>4214 KEMP<br><br>WICHITA FALLS,TX 76308- | | 4310 | 0.00 | 0.00 | Notice Only |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page    6

In RE:    TOSSA CHERE SMITH

Case Number    13-70013-HDH-13    5/21/2013

| Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|
| 065-0  TEXAS WORKFORCE COMMISSION<br>101 E 15TH STREET<br><br>AUSTIN,TX 78778- | | | 0.00 | 0.00 | Notice Only |
| 066-0  ATTORNEY GENERAL STATE OF TEXA<br>COLLECTION DIVISION BANKRUPTCY SECTION<br>PO BOX 12548<br>AUSTIN,TX 78711- | | | 0.00 | 0.00 | Notice Only |
| 851-0  INTERNAL REVENUE SERVICE<br>PO BOX 7346<br><br>PHILADELPHIA,PA 19101-7346 | | | 0.00 | 0.00 | Notice Only |
| 899-0  WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 | | | 0.00 | 0.00 | Notice Only |
| 900-0  TOSSA CHERE SMITH<br>, | | | 0.00 | 0.00 | Dbtr Refund<br>Not Filed |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.

IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall
be retained in the Trustee's file in this case.

/s/ Walter O'Cheskey

----------------------------------------
Standing Bankruptcy Trustee