Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

CASE NO: 13-70013-HDH-13

TOSSA CHERE SMITH

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:    10/28/2013

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

```
TOSSA CHERE SMITH  5111 DEWEY ST  WICHITA FALLS TX 76306
SALLIE MAE  PO BOX 9500  WILKES-BARRE PA 18773
INTERNAL REVENUE SERVICE  PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE  PO BOX 7346  PHILADELPHIA PA 19101
MONTE J WHITE  ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
FIRST CONVENIENCE BANK  PO BOX 937  KILLEEN TX 76540
WESTERN SHAMROCK CORP  801 S ABE  SAN ANGELO TX 76903
US ATTORNEY GENERAL  10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
UNITED STATES ATTORNEY  801 CHERRY STREET UNIT 4  FT WORTH TX 76102
CREDIT MANAGEMENT INC  4200 INTERNATIONAL PARKWAY  CARROLLTON TX 75007
WILLIAM T NEARY  UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
US ATTORNEY  ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
FIRST BANK  PO BOX 458  BURKBURNETT TX 76354
TEXAS WORKFORCE COMMISSION  101 E 15TH STREET  AUSTIN TX 78778
RELIANT ENERGY  PO BOX 4932  HOUSTON TX 77210
UNITED REVENUE CORP  204 BILLINGS ST STE 120  ARLINGTON TX 76010
DIRECT ENERGY  PO BOX 660300  DALLAS TX 75266
ASSET ACCEPTANCE LLC  PO BOX 2036  WARREN MI 48090
RADIOLOGY ASSOCIATES  808 BROOK AVENUE  WICHITA FALLS TX 76301
CHECK N GO OF TEXAS  4214 KEMP  WICHITA FALLS TX 76308
FIRST BANK  300 E 3RD ST  BURKBURNETT TX 76354
DIRECT ENERGY  PO BOX 180  TULSA OK 74101
NCP FINANCE LIMITED PARTNERSHIP  100 EAST THIRD STREET 5TH FLOOR DAYTON OH 45402
TEXAS WORKFORCE COMMISSION  REGULATORY ENFORCEMENT DIV, SPECIAL ACT 101 E 15TH STREET, RM 556 AUSTIN TX 78778
QUILL  PO BOX 37600  PHILADELPHIA PA 19101
CERTEGY PAYMENT REC SERVICES  PO BOX 038997  TUSCALOOSA AL 35403
JEFFERSON CAPITAL SYSTEMS LLC  PO BOX 7999  SAINT CLOUD MN 56302
ADVANCE AMERICA  1706 9TH ST  WICHITA FALLS TX 76301
ACE CASH EXPRESS  3100 MIDWESTERN PARKWAY STE 200  WICHITA FALLS TX 76308
RJM ACQUISITIONS FUNDING LLC  575 UNDERHILL BLVD SUITE 224  SYOSSET NY 11791
PYOD LLC  C/O RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE SC 29602
JEFFERSON CAPITAL SYSTEMS LLC  PO BOX 953185  ST LOUIS MO 63195
TGSLC  PO BOX 83100  ROUND ROCK TX 78683
LVNV FUNDING  C/O RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE SC 29603
ATTORNEY GENERAL STATE OF TEXAS  COLLECTION DIVISION BANKRUPTCY SECTION PO BOX 12548 AUSTIN TX 78711
ONECLICKCASH  52946 HWY 12 STE 3  NIOBRARA NE 68760
AMERICAN INFOSOURCE LP  CHECK N GO PO BOX 248838 OKLAHOMA CITY OK 73124
TGSLC  PO BOX 659602  SAN ANTONIO TX 78265
ER SOLUTIONS INC  PO BOX 1022  WIXOM MI 48393
CASCADE CAPITAL LLC  C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131
CORPRA CARE INC  EXCLUSIVE MEDICAL COLLECTORS PO BOX 941269 HOUSTON TX 77094
QUANTUM3 GROUP LLC  GALAXY PORTFOLIOS LLC PO BOX 788 KIRKLAND WA 98083
JP MORGAN CHASE BANK  PO BOX 659754  SAN ANTONIO TX 78265
DIRECT ENERGY  PO BOX 660896  DALLAS TX 75266
CASH AMERICA  4410 KEMP BLVD  WICHITA FALLS TX 76308
EZ MONEY LOAN SERVICES  2603 5TH ST STE B  WICHITA FALLS TX 76301
CASH AGAIN BUYBACK  4214 KEMP BLVD  WICHITA FALLS TX 76308
A&A PORTABLE SIGNS  603 ROYAL RD  WICHITA FALLS TX 76308
AMERICAN EXPRESS  PO BOX 53601  PHOENIX AZ 85072
```

BENNETT LAW  10542 SOUTH JORDAN GATEWAY STE 200  SOUTH JORDAN UT 84095
CASHMAX TITLE & LOAN  3117 KEMP BLVD  WICHITA FALLS TX 76308
ENCORE PAYMENT SYSTEMS  3801 ARAPAHO RD  ADDISON TX 75001
UNITED TRANZ ACTIONS  2811 CORPORATE WAY  MIRAMAR FL 33025
PATHOLOGY ASSOCIATES  1209 BROOK AVE  WICHITA FALLS TX 76301
ATLAS  ACQUISITIONS LLC  ASSIGNEE OF ACE CASH 294 UNION ST HACKENSACK NJ 07601
TITANIUM EMERGENCY GROUP LLP  PO BOX 3407 EMERGENCY ROOM PHYSICIANS WICHITA FALLS TX 76301
UNITED REGIONAL HEALTH CARE SYSTEMS  1600 11TH STREET  WICHITA FALLS TX 76301
GREENBERG, GRANT & RICHARDS INC  PO BOX 571811  HOUSTON TX 77257
LONE STAR  1601 HEADWAY CIRCLE  AUSTIN TX 78754
MARCOA PUBLISHING INC  PO BOX 509100  SAN DIEGO CA 92150
SUN LOAN  3146 5TH ST STE H  WICHITA FALLS TX 76301
TEXAS CAR TITLE & PAYDAY LOAN  3608 KELL BLVD  WICHITA FALLS TX 76309



U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed October 21, 2013

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

TOSSA CHERE SMITH

CASE NO: 13-70013-HDH-13

HEARING DATE: 10/16/2013
HEARING TIME: 10:00 AM

### ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

    On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC). It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2010-01, and the confirmed plan in this case.

    IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

    IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

    IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

    IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

> The priority claim filed by Texas Workforce Commission in the amount of $559.75 shall be treated with a term of 60 months and monthly payments of $12.72. The Debtor's monthly plan payment to the Trustee shall increase to $499.00 beginning November 2013 for months 10 through 60. The new plan base shall be $29,769.00.

# # # End of Order # # #

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee